The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JUDD & BLACK ELECTRIC, INC., a Washington corporation; THE LONG KRASSIN PARTNERS, a Washington partnership; W.S.L. MISSION, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation,<br><br>Defendant. | NO. 2:21-cv-00180-MLP<br><br>JOINT STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DEADLINES<br><br>NOTED ON CALENDAR:<br>July 14, 2021 |

The parties have been working to resolve this matter without further litigation and need additional time to engage in these efforts. To assist with this, they ask the court to enter an additional 45-day extension of upcoming deadlines, as shown below.

| | **Current Deadline** | **Proposed Extension** |
|---|---|---|
| Initial Disclosures | July 19, 2021 | September 2, 2021 |
| Combined Joint Status Report and Discovery Plan | July 26, 2021 | September 9, 2021 |

SECOND JOINT STIPULATED MOTION AND ORDER TO
EXTEND CERTAIN DEADLINES - 1

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 14th day of July, 2021.

                                           **GORDON TILDEN THOMAS & CORDELL LLP**
                                           Attorneys for Plaintiffs

                                           By   *s/Kasey D. Huebner*
                                                   Kasey D. Huebner, WSBA #32890
                                                   Chelsey L. Mam, WSBA #44609
                                                   600 University Street, Suite 2915
                                                   Seattle, Washington 98101
                                                   206.467.6477
                                                   khuebner@gordontilden.com
                                                   cmam@gordontilden.com

DATED this 14th day of July, 2021.

                                           **FORSBERG & UMLAUF**
                                           Attorneys for Defendant

                                           By   *s/Sally A. Clements*
                                                 Matthew S. Adams, WSBA #18820
                                                 Sally A. Clements, WSBA #54502
                                                 Forsberg & Umlauf
                                                 901 Fifth Avenue, Suite 1400
                                                 Seattle, WA 98164
                                                 206-689-8500
                                                 madams@foum.law; sclements@foum.law

# ORDER

Pursuant to the joint stipulated motion of the parties, and for good cause shown, the Initial Disclosures and Combined Joint Status Report and Discovery Plan deadlines in Dkt. 10, dated April 29, 2021, are extended as follows:

| | |
|---|---|
| Initial Disclosures | September 2, 2021 |
| Combined Joint Status Report and Discovery Plant | September 9, 2021 |

IT IS SO ORDERED this 15th day of July, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

SECOND JOINT STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DEADLINES - 3

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477