Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUDD & BLACK ELECTRIC, INC., a Washington Corporation; THE LONG KRASSIN PARTNERS, a Washington partnership; W.S.L. MISSION, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation,<br><br>Defendant. | No. 2:21-cv-00180-MLP<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

### 1) **STIPULATION**

The undersigned parties having resolved this matter, it is stipulated by the parties that all claims be dismissed with prejudice and without costs or attorney's fees to any party and that the Order below dismissing those claims with prejudice may be entered.

Dated this 12th day of January, 2023.          Dated this 12th day of January, 2023.

FORSBERG & UMLAUF, P.S.                        GORDON TILDEN THOMAS & CORDELL, LLP

STIPULATION AND ORDER OF DISMISSAL– PAGE 1
CAUSE NO. 2:21-CV-00180-MLP

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

| | |
|---|---|
| Matthew S. Adams, WSBA #18820<br>Galina K. Jakobson, WSBA #49501<br>*Attorneys for Defendant* | /s/ Kasey D. Huebner (permission given via email)<br>Kasey D. Huebner, WSBA #320890<br>*Attorney for Plaintiff* |

## 2) ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore

IT IS SO ORDERED that all claims by and between the parties be dismissed with prejudice and without costs or attorney's fees to any party.

Dated:   January 12, 2023

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

| | |
|---|---|
| FORSBERG & UMLAUF, P.S. | GORDON TILDEN THOMAS & CORDELL, LLP |
| Matthew S. Adams, WSBA No. 18820<br>Jennifer E. Aragon, WSBA No. 45270<br>*Attorneys for Defendant* | /s/*Kasey D. Huebner (*permission given via email)<br>Kasey D. Huebner, WSBA #32890<br>*Attorney for Plaintiff* |

STIPULATION AND ORDER OF DISMISSAL– PAGE 2
CAUSE NO. 2:21-CV-00180-MLP

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX